# EXHIBIT 1



# CT Corporation

SXO4
11752749

**Service of Process Transmittal**
09/13/2021
CT Log Number 540226946

**TO:** Kris Kwong
Deutsche Bank Ag
60 Wall St Lbby 1, Mail Stop NYC60-3615
New York, NY 10005-2880

**RE:** **Process Served in New York**

**FOR:** Deutsche Bank Trust Company Americas  (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JACQUES FUQUA // To: Deutsche Bank Trust Company Americas |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L005952 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/13/2021 at 13:39 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/13/2021, Expected Purge Date: 09/18/2021 |
| | Image SOP |
| | Email Notification,  Kris Kwong  kris.kwong@db.com |
| | Email Notification,  Rosie Collins  rosie.collins@db.com |
| | Email Notification,  Theresa Julian  theresa.julian@db.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / SS

SEP 14 2021



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Sep 13, 2021

**Server Name:** QIN ZHANG

**Entity Served** DEUTSCHE BANK TRUST COMPANY AMERICAS

**Case Number** 2021-L-005952

**Jurisdiction** NY



FILED DATE: 9/8/2021 6:48 PM   2021L005952

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Jacques Fuqua,

_____
                                    Plaintiff(s)

v.

Deutsche Bank Trust Company Americas, etc.          Case No.  2021-L-005952  _____

_____
                                    Defendant(s)

Deutsche Bank Trust Company Americas, etc.
R/A C T Corporation System, 28 Liberty Street
New York, NY 10005
_____
                      Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant: Deutsche Bank Trust Company Americas, etc., R/A C T Corporation System,
                              28 Liberty Street, New York, NY 10005
You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons**                                          **(12/01/20) CCG 0001 B**

*(left margin, vertical text: FILED DATE: 9/8/2021 6:48 PM 2021L005952)*

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www. illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:  Your appearance date is NOT a court date.  It is the date that you have to file your completed appearance by.  You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer:  (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than thirty (30) days after its date.

9/8/2021 6:48 PM IRIS Y. MARTINEZ

◉ Atty. No.: 41535
O Pro Se 99500

Name:  Benjamin B. Kelly

Atty. for (if applicable):

Plaintiff

Address:  100 N. Riverside Plaza, Suite 2400

City:  Chicago

State:  IL  Zip:  60606

Telephone:  312-482-8200

Primary Email:  bkelly@vrdolyak.com

Witness date _____

_____
IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 9/8/2021 6:48 PM    2021L005952

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

## CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

## CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

## COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

## DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
          OR
          ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

## DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

## LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

## PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

## ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

Civil Action Cover Sheet - Case Initiation

(12/01/20) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JACQUES FUQUA,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS, etc.

No. 2021L005952

FILED DATE: 6/9/2021 4:45 PM    2021L005952

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ☐ Yes  ☑ No

FILED
6/9/2021 4:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13631067

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
☐ 027 Motor Vehicle
☐ 040 Medical Malpractice
☐ 047 Asbestos
☐ 048 Dram Shop
☐ 049 Product Liability
☐ 051 Construction Injuries
(including Structural Work Act, Road Construction Injuries Act and negligence)
☐ 052 Railroad/FELA
☐ 053 Pediatric Lead Exposure
☐ 061 Other Personal Injury/Wrongful Death
☐ 063 Intentional Tort
☐ 064 Miscellaneous Statutory Action
(Please Specify Below**)
☑ 065 Premises Liability
☐ 078 Fen-phen/Redux Litigation
☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
☐ 007 Confessions of Judgment
☐ 008 Replevin
☐ 009 Tax
☐ 015 Condemnation
☐ 017 Detinue
☐ 029 Unemployment Compensation
☐ 031 Foreign Transcript
☐ 036 Administrative Review Action
☐ 085 Petition to Register Foreign Judgment
☐ 099 All Other Extraordinary Remedies

By: Benjamin B. Kelly
_____    _____
(Attorney)                    (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
☐ 002 Breach of Contract
☐ 070 Professional Malpractice
(other than legal or medical)
☐ 071 Fraud (other than legal or medical)
☐ 072 Consumer Fraud
☐ 073 Breach of Warranty
☐ 074 Statutory Action
(Please specify below.**)
☐ 075 Other Commercial Litigation
(Please specify below.**)
☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
☐ 062 Property Damage
☐ 066 Legal Malpractice
☐ 077 Libel/Slander
☐ 079 Petition for Qualified Orders
☐ 084 Petition to Issue Subpoena
☐ 100 Petition for Discovery
** _____

_____

Primary Email: bkelly@vrdolyak.com

Secondary Email: cstuber@vrdolyak.com

Tertiary Email: _____

Pro Se Only: ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

## IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

FILED
6/9/2021 4:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

15609PI: BBK:cac

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 6/9/2021 4:45 PM  2021L005952

| | | |
|---|---|---|
| JACQUES FUQUA, | ) | No.: 2021L005952 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Amount: In Excess of FIFTY |
| v. | ) | THOUSAND ($50,000.00) DOLLARS |
| | ) | Plus Cost of Suit |
| DEUTSCHE BANK TRUST COMPANY | ) | |
| AMERICAS, THE REGISTERED | ) | Return Date: |
| HOLDERS OF SAXON ASSET | ) | |
| SECURITIES TRUST 2004-2 | ) | |
| MORTGAGE LOAN ASSET BACKED | ) | |
| NOTES, SERIES 2004-2, | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, JACQUES FUQUA, by and through his attorneys, THE

VRDOLYAK LAW GROUP, LLC, and complaining of the Defendant DEUTSCHE BANK

TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET

SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-

2, states as follows:

### COUNT I – JACQUES FUQUA v. DEUTSCHE BANK TRUST COMPANY AMERICAS

1.    That on or about November 5, 2020, and at all relevant times herein, Defendant

DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF

SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES,

SERIES 2004-2, did own, operate, manage, and control a certain piece of property located at 17341

South California Avenue, Hazel Crest, Illinois (hereinafter "premises"). 

1

FILED DATE: 6/9/2021 4:45 PM 2021L005952

2. That on November 5, 2020, and at all relevant times herein, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, made said premises available to the general public, and said premises were, in fact, used by the general public.

3. That on November 5, 2020, and at all relevant times herein, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, invited and allowed Plaintiff JACQUES FUQUA to enter upon said premises and Plaintiff JACQUES FUQUA was, in fact, lawfully upon said premises.

4. That at the aforesaid time and place, and at all relevant times herein, Plaintiff JACQUES FUQUA was an intended and permitted user of said premises owned by Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2.

5. That at all relevant times herein, Plaintiff JACQUES FUQUA was in the exercise of all due care and caution for his own safety and the safety of others, that care being commensurate with his age, intellect, and mental capacity and with the physical circumstances existent at such time.

6. At the aforesaid time and place, the Plaintiff was then and there lawfully upon said premises when he fell and injured himself due to the presence of an unreasonably dangerous condition on the premises.

2

FILED DATE: 6/9/2021 4:45 PM   2021L005952

7.      Plaintiff suffered injuries due to a defective condition upon the premises thereon consequential to the negligence of Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2 to wit: an uncovered crawl space just inside the rear door, into which plaintiff fell.

8.      That the aforesaid unreasonably dangerous condition was present at said premises consequential to the negligence of Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2 as hereinafter set forth.

9.      That the aforesaid unreasonably dangerous condition was not open and obvious to Plaintiff, who was then and there in exercise of due care and caution.

10.      That at the aforesaid time and place, and at all relevant times herein, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, had actual or constructive notice of the existence of the aforesaid unreasonably dangerous condition.

11.      That at the aforesaid time and place, and at all relevant times herein, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2 had either actual or constructive notice that its failure to either remedy or remove the aforesaid unreasonably dangerous condition resulted in high probability that others lawfully upon said premises would suffer serious physical harm as a result of the aforesaid unreasonably dangerous condition.

3

FILED DATE: 6/9/2021 4:45 PM   2021L005952

12.    That at the aforesaid time and place, and at all relevant times herein, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, owed a duty to Plaintiff JACQUES FUQUA, and to the public generally, to refrain from negligent conduct which would endanger the safety of Plaintiff JACQUES FUQUA, and to exercise reasonable care in the remedy, repair, and maintenance of said premises to guard against foreseeable injuries to third parties and to maintain its property in reasonably safe condition.

13.    That at the aforesaid time and place, Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, negligently breached its duty to Plaintiff JACQUES FUQUA, by acting with disregard for her safety, through one or more of the following acts and/or omissions:

> (a) permitted and allowed the aforesaid unreasonably dangerous condition at said premises to be and remain in an unreasonably dangerous condition;
>
> (b) failed to remedy or remove the aforesaid unreasonably dangerous condition at said premises;
>
> (c) failed to adequately maintain said premises;
>
> (d) maintained said premises in an open, defective condition for an unreasonable length of time;
>
> (e) caused and created and/or allowed the aforesaid unreasonably dangerous condition to remain at said premises through Defendant's negligence;
>
> (f) failed to warn Plaintiff of the aforesaid unreasonably dangerous condition of said premises; and
>
> (g) failed to provide accessible means of entrance for persons with disabilities, such as Plaintiff.

4

FILED DATE: 6/9/2021 4:45 PM   2021L005952

14.    That as proximate result of one or more of the aforesaid acts and/or omissions of Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, Plaintiff JACQUES FUQUA suffered injuries and damages of a personal, pecuniary, and permanent nature.

WHEREFORE, Plaintiff JACQUES FUQUA demands judgment against Defendant DEUTSCHE BANK TRUST COMPANY AMERICAS, THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2004-2 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-2, for a sum exceeding FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of suit.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC #41535**
**By: Benjamin B. Kelly**
Attorney for Plaintiff
100 N. Riverside Plaza, Suite 2400
Chicago, IL 60606
(312) 482-8200
bkelly@vrdolyak.com
cstuber@vrdolyak.com

5

FILED
6/9/2021 4:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

15609PI: BBK:cac

FILED DATE: 6/9/2021 4:45 PM  2021L005952

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JACQUES FUQUA,                                )
                                              )    No.: 2021L005952
                      Plaintiff,              )
                                              )
                                              )    Amount: In Excess of FIFTY
v.                                            )    THOUSAND ($50,000.00) DOLLARS
                                              )    Plus Cost of Suit
DEUTSCHE BANK TRUST COMPANY                   )
AMERICAS, THE REGISTERED                      )    Return Date:
HOLDERS OF SAXON ASSET                        )
SECURITIES TRUST 2004-2                       )
MORTGAGE LOAN ASSET BACKED                    )
NOTES, SERIES 2004-2,                         )
                                              )
                      Defendant.              )

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, Benjamin Kelly, attorney for Plaintiff, JACQUES FUQUA, state that the damages sought

in this matter are greater than FIFTY THOUSAND DOLLARS ($50,000.00).

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth herein are true and correct, except

as to matters therein stated to be on information and belief and as to such matters the undersigned

certifies as aforesaid that he verily believes the same to be true.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC #41535**
**By: Benjamin B. Kelly**
Attorney for Plaintiff
100 N. Riverside Plaza, Suite 2400
Chicago, IL 60606
(312) 482-8200
bkelly@vrdolyak.com
cstuber@vrdolyak.com

ORIGIN ID:DTHA    (714) 247-6259
MAGED GHATTAS
DEUTSCHE BANK NATIONAL TRUST COMPAN
1761 E. SAINT ANDREW PL

SANTA ANA, CA 92705
UNITED STATES US

SHIP DATE: 15SEP21
ACTWGT: 1.00 LB
CAD 108014490/WSXI2900
DIMS: 13x1x10 IN

BILL SENDER

TO **LEGAL DEPT**
**PHH MORTGAGE**
**1661 WORTHINGTON RD #100**

**WEST PALM BEACH FL 33409**
(800) 304-6530    REF:
INV    PO    REF:0804830
PO    DEPT: CC:6433511751



FedEx.
Express

E

THU - 16 SEP 10:30A
PRIORITY OVERNIGHT

TRK#
0201    2837 2907 4399

**XH PBIA**

33409

FL-US    PBI



Extremely Urgent

xpress

171604 8/18 BP